UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

SPIN-BALLS, LLC,

    Plaintiff,

    vs.                                                                                 Case No.
                                                                                  JURY DEMANDED

FIVE BELOW, INC.,
1616 HOLDINGS, INC.,
JM MANUFACTURING (HK) LTD.,
RMS INTERNATIONAL (USA) INC.
    Defendants.
_____/

**MOTION FOR TEMPORARY RESTRAINING ORDER
AND EXPEDITED DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 65(b) and Local Rules of the United States District Court for the Middle District of Florida, 6.01 ("Local Rules"), Plaintiff, Spin-balls, LLC d/b/a Fun In Motion Toys ("FIMT"), by and through its undersigned counsel, brings this ex parte Motion for Temporary Restraining Order and Expedited Discovery arising out of 35 U.S.C. § 271 against certain defendants Five Below, Inc. ("Five Below"), 1616 Holdings, LLC ("1616 Holdings"), and JM Manufacturing (HK) Ltd. ("JMM") (herein, the "Defendants") to enjoin the manufacture, distribution, offering for sale and sale of products that infringe U.S. Patents 10,918,964 and 11,660,547 (the "Patents-In-Suit"), i.e., a product sold by Defendants called the Magnetic Magic Cube (the "Magic Cube").

FIMT also moves this Court for an order allowing for narrowly tailored, expedited discovery from Defendants to prevent irreparable harm to FIMT. FIMT's narrowly tailored discovery will be limited to discovery aimed at: (i) determining the identity of any additional parties that should be enjoined from further infringement, including the Chinese factory producing the infringing products at the direction of Five Below, 1616 Holdings, and JMM, (ii) better understanding and identifying the scope of Defendants' infringement including the quantity of infringing products in Defendants' possession and control, current locations of the infringing products, planned or already in-process importation and shipment of additional infringing products, location(s) where the infringing products have already been imported, distributed and/or sold, are planned to be imported, distributed and/or sold and are currently offered for sale in the United States.

A memorandum of law, supporting declarations and exhibits are filed concurrently with these motions and incorporated herein. The precise and verified description of the conduct and the persons subject to restraint are set forth in detail in the memorandum of law and the supporting materials cited therein.

FIMT shall deposit with the Court ten thousand dollars (USD$10,000.00), either cash or surety bond, as security, which amount was determined adequate for the payment of such damages as Defendants may be entitled to recover as a result of a wrongful restraint hereunder.

A proposed order setting forth the relief requested is submitted herewith.

Dated:  November 30, 2023    Respectfully submitted,


<u>/s/ *Joseph R. Sozzani*</u>
Joseph R. Sozzani, Esq.
Fla. Bar No. 120297
Board Certified Intellectual Property Law
INFINITY IP, P.L.L.C.
222 West Bay Drive
Largo, FL 33770
Telephone No.  (727) 687-8814
E-mail: jsozzani@infinityiplaw.com

Counsel for Plaintiff
SPIN-BALLS, LLC

### **VERIFICATION OF SPIN-BALLS, LLC**

I, Kevin D. Schlapik, am authorized to verify the MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY set forth herein on behalf of Spin-balls, LLC in the above-styled action. I have read the motion set forth above, the supporting memorandum of law, and the proposed order. I am familiar with the contents of all such documents, declaration, and supporting exhibits. I believe, based on reasonable inquiry, that the facts stated therein are true and correct to the best of my present knowledge, information and belief.

I declare under the penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

_____   Date: November 27, 2023

Kevin D. Schlapik
Spin-balls, LLC

-4-